UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF FLORIDA TALLAHASSEE DIVISION

# AMENDED

Civil Rights Complaint Form To Be Used by
PRisoneRs in Actions under 42 U.S.C. § 1983

Jimmy Scott JR # B·L30083

V.

CASE # 4:14CV00478-MW-CAS

SGt. G.H. Campbell,
OFF. Howell,
Capt. McCammon,

"DemenD Speedy Jury Trial"

Clerk Copy.

"ORiGinal

Copy"

Jimmy ScottJR
DC# B-L30083
Florida State Prison
7819 N.W. 228th St
RailFord Florida
32026

U.S. MAIL PROVIDED
FLORIDA STATE PRISON
ON
NOV 2 6 2014
FOR MAILING
INMATES INITIALS

I.  PlaintiFF:

JimmyScott Jr
Dc# BL300083
Florida State Prison
7819 N.W. 228th St
RailFord, Florida 32026

Pg #2

II.  DeFendants:

(1)  C.H. Campbell
      SerGeant
   Taylor Corr Inst m/u
   8501 Hampton SprinG RD
   Perry, Fl 32348

(2)  Howell [Whitemale]
      OFFicer
   Taylor Corr Inst m/u
   8501 Hampton SprinGRD
   Perry, Fl 32348

(3)  mc Cammon [Whitemale]
      Captain
   Taylor Corr Inst m/u
   8501 Hampton SprinGRD
   Perry, Fl 32348

III.  Exhaustion oF Administrative Remedies:
It Should be duly noted. that the PlaintiFF is aware
oF Rule 42 U.S.C. & 1997 e(a) and has exhausted all
Administrative Remedies in the case at hand Please See exhibit "A"

IV.  Previous lawsuit:
This is the PlaintiFF First time ever Submitting a lawsuit
Action in the State or Federal court. The PlaintiFF never
had a lawsuit Action dismissed as Frivolous
malicious Failing to state a claim or Prior to Service

Previous lawsuit: Continued:

However, the Plaintiff Filed a Petition For writ of habas corus in the united State District court southern District of Florida on July 23, 2012 case # 0:12cv61457-WJZ: Petition denied August 19, 2013 by Judge P.A. White: Adopting Report and Recommendation: Trial counsel Rended ineffective assistance of counsel when counsel: (1) Failed to call numerious witnesses to testify on his behalf: (2) Failed to object when the court Refused to accept the Plea negotiations between the state and defendant: (3) Failed to object when the court commented on the evidence during trial: and (4) Failed to move For Pre-trial severance of the charges: Jimmy Scott Vs. Secretary Florida Dept of corrections:

∨ Statement of Facts:

① On Jan 7, 2014 at Taylor Corr Inst m/u: The Plaintiff was in segregation and being housed with I/m Steven Dewitt #N18047 in cell C63-212. At noon time tray pick up (11:39am lunchtime) The Plaintiff notified Sgt. Campbell About Dewitt making sexual Advances toward the Plaintiff: Starting on Jan 6, 2014 Around 8:30pm during A Football debate; Dewitt told the Plaintiff to bet his buttocks, the Plaintiff said "no", and Dewitt then told the Plaintiff; "you Just like Running them Fat lips, I'll bet they'll Feel Real soft Around my Penis (with a smirk): then the Following morning Dewitt spent Pacing the cell while Fondling himself through the uniform in a sexual manner and once the lunch trays was served, Dewitt offered the Plaintiff his tray if the Plaintiff Agree to Get nude, Position his buttocks, And Rectum in Dewitt view For masturbation Pleasure. The Plaintiff Also explain Dewitt sexual Advances Made him very uncomfortable being in the cell with Dewitt And Requested separation because he (the Plaintiff) was in Fear of his safety From Dewitt Present.

Statement of Facts: Continued:

Sgt. Campbell Agreed to Separated the Plaintiff Away From Dewitt once he Finish Assistancing with D.R. hearing. Scot Campbell then ordered Dewitt to Pack up and be ready to move when he come back. Scot. Campbell walked Away leaving the Plaintiff and Dewitt in the cell together.

(2) At 3:18 PM hours later Sgt. Campbell Accomplanied Along with Off. Howell Reappeared at the Plaintiff celldoor G3-212 in which the Plaintiff overheard Sgt Campbell explaining to Off. Howell his Reason For Separation which Off. Howell Found Funny. Sgt. Campbell open the celldoor Slot and ordered Dewitt to submitt to hand Restraints to Allow Separation. Dewitt Responded: "I aint moving nowhere" And didn't Submitt.... Both Officials walk Away

(3) Sgt. Campbell became Frustrated by Dewitt Refusal A direct order and not Submitting to hand Restraints to Allow Separation. Sgt. Campbell then Shut the celldoor Slot and told Dewitt: "I dont Got time to Play Games"; And then Stated to the Plaintiff; "Scott, you are big and black enough, yall Fight it out." Sgt Campbell and Off. Howell walked Away From celldoor G3-212 leaving the Plaintiff and Dewitt together.

(4) Now the Plaintiff is standing to the celldoor with his back toward Dewitt, in hopes A higher Rank Official do A Routine check so he can Report Sgt. Campbell and Off. Howell Failure to Provide Protection: While Dewitt is Racing And labelling the Plaintiff A snitch For Reporting the matter to Officials. Instead, Off. Howell came on Routine check: The Plaintiff Stopped And notified him of Dewitt behavior And Asked; "Since Dewitt Refused to move, Allow me (the Plaintiff) to move to another cell". Off. Howell Stated; I can't do that but I'll let

Statement of Facts: Continued:

SGt. Campbell Know what you said"; OFF Howell then continued his Routine check leaving the Plaintiff and Dewitt in the cell together.

(5) The Plaintiff is Still Standing to the cell door waiting on SGt. Campbell Response, when Dewitt Attacked the Plaintiff From behind with a blow to the head (behind Right ear) while the Plaintiff was experiencing A Concussion and dazed, Dewitt, Proceeded to Strangle the Plaintiff From behind with his Right Arm and with his left hand Proceeded to Squeeze and molest the Plaintiff Penis and testicles in a Sexual manner. The Plaintiff then began to Struggle with Dewitt and Dewitt then started to Pull the Plaintiff testicles violently to keep control, but the Plaintiff was Able to defeat Dewitt by using the necessary Force. The Plaintiff Received A broken Right Ring Finger, A concussion, and Sever bruise testicles. The Plaintiff then Immediately Started Kicking on the celldoor to Get Officials Attention

(6) At 3:50Pm SGt. Campbell Responded to the kicking and Witness Dewitt unconscious on the cell Floor. The Plaintiff Follow SGt. Campbell order and Submitted to hand Restraints and was Placed in a confined Shower in G3 wing, and the Plaintiff was being Questioned by lieutenant moss in the Present of SGt. Campbell and OFF. Howell; About not letting Officials Know that it was A Problem before hand, in which the Plaintiff explain that he did, but they Failed to Provided Protection by Separation. Lt. moss asked SGt. Campbell and OFF. Howell WAS that true which both officials Said; "yes"; And SGt. Campbell explain; "during the Attemp of Separation Dewitt Refused to Allow it by not submitting to hands Restraints". While the Plaintiff was complaining About the pain his injuries was causing And Requesting

Statement Of Facts: Continued:                                    Pg #6

medical treatment For injuries Received during Attack
and Sexual assault the PlaintiFF was interrupted and
ordered to shut up and stop claimming injuries because
I (the PlaintiFF) won't be Receiving medical treatment
and iF (I the PlaintiFF) continue to Run my mouth and
Get his (capt. mc cammon) oFFicers in trouble I (the Plain
tiFF) will learn the hard way; where here at Taylor C.I.
m/u Inmates Accidently Slip and Fall down the Stairs
and Get all their Gold teeth Knocked out. The PlaintiFF has
7 Gold teeth and was being housed on the top Floor G3-
212 at the time clearly understood capt. mc cammon treat
not to claim injuries or Retaliation will Surely come.
The PlaintiFF did not Receive medical treatment on capt.
mc cammon Shift. However the PlaintiFF declared  A
medical Emergency around 9 Something that night and was
exmine by nurse Dennis. Due to Fear OF Retaliation
From capt. mc cammon and hit boyz, the PlaintiFF claimed
that everything was okay and will be okay iF he could
be Provided Pain Killer in which I buprofen's was issued
The PlaintiFF SuFFered A month And A halF through Pain
OF untreated injuries until tranFered to Taylor Annex and
Felted SaFe enough to Report the matter and Seek medical
treatment at that time the PlaintiFF was urining blood
and testicles was swollen double the size due to
InFection  had worsen because delayed medical
treatment. The PlaintiFF Right Ring FinGer healed up
wRonG which have a Permanent creak and cause Pain
From ARthritis. See exhibit "B" Please medical Report
      upon InFormation And belieF: Dewitt is a well
Known Sex oFFender And PRior to moving in the cell G3-212
with the PlaintiFF Dewitt was Released From Taylor c.I.
m/u Trauma crisis unit For letting it be known he was
having thoughts of waiting to cause harm to himselF And others.

Statement of Facts: Continued:                                    Pg # 7

    upon information And belief: Sgt. Campbell incident Report For 1-7-2014 State Dewitt Refused to Submitt to hand Restraints to allow Separation.

    Please let it be noted Exhibit "C" Are General Affidavit From Jeffery Brown # 129197 and the Plaintiff Jimmy Scott # L30083. Also the Plaintiff would like to list omar Bleechington # m19343; BRadle Cox # 528497; Kourtney busby # X606068; Brandon Bennett # M54509; And the 63 wing camera's As witnesses All evidences expected to provide what was seen & heard on 1-7-2014 However the Plaintiff wasn't Able to obtain General Affidavit's From the Rest of the witness because he was tranferred.


VI. Statement of Claims:

Claim # ①

    Whether or not the defendant Sgt. Campbell Actions describe in Paragraph ① was done deliberately indifferenee when he breach his common law duty to care and protect the Plaintiff's Safety when he Failed to immediately Separate the Plaintiff From cellmate Dewitt After being Informed that sexual advances were made and the Plaintiff was In Fear of his Safety And Requested Separation in which Violated the Plaintiff's 8th Amend U.S.C. Right to be Free From Cruel And unusual punishment: And Also Violated the Prison Rape Elimination Act of 2003.

Claim # ②

    Whether or not the defendants Sgt. Campbell and off. Howell Actions describe in Paragraph 2 was done deliberately indifference toward the Plaintiff Safety when they breach their common law duty to care And protect the Plaintiff Safety by Failing to use the necessary Force (Chemical Agent OR cell extract) the Plaintiff cellmate Dewitt when he Refused to Submit to hand Restraints to Allow Separation And protection

Statement of Claims: Continued:                                    Pg # 8

in Which Violated the Plaintiff 8th Amend u.s.c. Right to
be Free From cruel and unusual punishment.

Claim # ③        Whether or not the defendant Sgt. Campbell
Statement that the Plaintiff's being big and black enough
describe in PARAGRAPH ③ to Physically challenge his cell-
mate Dewitt Violated the Civil Right Act of 1964 and Also
the 8th Amend u.s.c. Right to be Free From cruel and unusal
punishment Which implies that because the Plaintiff is black
he could endure Physical punishment and harsh treatment
From his cellmate Dewitt.

Claim # ④    Whether or not the defendant Off. Howell Actions
describe in PARAGRAPH ④ was done deliberately indifference
toward the Plaintiff Safety  When Off. Howell
Failure to intervene to prevent imminent danger and provide
Protection For the Plaintiff After witnessing Sgt. Campbell
Failed to do so and the Plaintiff explain Dewitt being upset and
asking him to move him the Plaintiff to Another cell contribute
to the Plaintiff's being Attack and Sexual Assaulted by cell-
mate Dewitt in which Violated the Plaintiff 8th Amend u.s.c.
Right to be Free From cruel and unusual punishment And Also
Violated the prison Rape Elimination Act of 2003.

Claim # ⑤        Whether or not the defendant's Sgt. Campbell and Off.
Howell Actions describe in PARAGRAPH ⑤ was deliberately
indifference toward the Plaintiff Safety when they Failed to
Give the proper Attention to the Plaintiff Sexual harassments
complaint in which instigated provoked and caused the
Plaintiff to be Attacked And Sexual Assaulted by cellmate
Dewitt in which Violated the Plaintiff 8th Amend u.s.c. Right
to be Free From cruel and unusual punishment and Also
Violated the Prison Rape Elimination Act of 2003.

Statement of Claims: Continued:                                    Pg #9

Claim # ⑥ Whether or not the defendant Capt. Mc Cammon.
Actions describe in PARAGRAPH ⑥ was done deliberately
indifference toward the Plaintiff Serious medical needs
When he prevented the Plaintiff From Receiving medical.
treatment After being Attacked Sexual Assaulted And threaten
the Plaintiff not to Claim Any injuries Which caused the
Plaintiff injuries to worsen heal wrong And cause Suffering
IN Which Violated the Plaintiff 8th Amend U.S.C. Right to
be Free From cruel And unusual punishment And Also Violated
the Plaintiff 1st Amend U.S.C. Right to complaint About
injuries Freedom of Speech And not worry About threats or Retaliation

Claim # ⑦ All defendant's Acted under the color of State law on
All Said dates & time As describe in PARAGRAPH 1 - 6.

Claim # ⑧ The Plaintiff Suffered Physical mental And emotional
damage From the Actions describe in PARAGRAPH 1-6 by the
defendants deliberately indifference And callous indifference Actions.

VII. Relief Requested:
    # ① That this honorable Court Rule in the Plaintiff Favor And
Award the Plaintiff # 1- through - 6.
    # ② The Plaintiff be Awarded nominal damage compensator
damage And punitive damage For pain And Suffering of All injuries
in the Amount of 1,000,000.00 $
    # ③ Receive outside medical treatment For All listed injuries on
1-7-2014. All medical, Court, And Attorney Fees be Paid by defendant
Reembursment of All lost Gaintime.
    # ④ The Plaintiff be Release From Close management From incident
on 1-7-2014 And Awarded 58 $ For each day of wrongfully confine
From 1-7-2014 to date of Relief Granted.
    # ⑤ All defendant's be sued individual And each defendant be held
Accountable For own Actions And payout to the plaintiff.

Relief Requested: Continued:                                    Pg #10
   #6 All defendants be suspended without pay for
17 days not including weekend & offdays; All officials
Complete or Resubmitt in officials Prison Rape Elimin-
ation Procedure Classes to Prevent From happening
Again; If any defendant's Refuse, The Plaintiff Ask
that, that individual be terminated From Fla Dept of
Corr. Thank you!


I the Plaintiff Jimmy Scott Jr # B-L30083 declare under
Penalty of Perjury that the Foregoing Statements of
Including All continuation Pages are true and correct.
   Date Nov 26th 2014    Plaintiff Signature _Jimmy Scott Jr_ #B-L30083


I the Plaintiff Jimmy Scott Jr # B-L30083 declare or
Certify Verify or Affirm under Penalty of Perjury
that this Complaint was delived to Prison officials
For Mailing on this 26th day of Nov 2014
to: United State District Court For Northen District of Fla,
Sgt. G.H. Campbell, Off. Howell, & Capt Mc'Cammon

                _Jimmy Scott Jr_ #B-L30083 Plaintiff Signature

Exhibit    A

## PART C - RECEIPT  (TO BE COMPLETED BY DC STAFF)

RETURN TO:

| SCOTT, JIMMY | L30083 | 1402-224-087 | TAYLOR ANNEX | J1114L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

17B (SEXUAL BATTERY  (INMATE))

| 2/26/14 | 1402-224-087 |
|---|---|
| DATE | GRIEVANCE LOG NUMBER |

Note: I Never Received A Response/the original Grievance. Contact Inspector General office For Copy. I Requested A Copy but didn't Get a Response

**PART B - RESPONSE**

| SCOTT, JIMMY | L30083 | 1402-224-087 | TAYLOR ANNEX | J2121S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal was received, reviewed and evaluated.

Your allegations have been noted and forwarded to the Inspector General's office for investigation.

Therefore based on the above information your request for Administrative Remedy or Appeal is approved for investigation only.

Fran Wood
Asst. Warden

David McCallum, Warden

_____
SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

_____
SIGNATURE OF WARDEN, ASST. WARDEN, OR
SECRETARY'S REPRESENTATIVE

_____
DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding



**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| SCOTT, JIMMY | L30083 | 14-6-10103 | TAYLOR ANNEX | J2121S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

10C (NEGLIGENCE        (COMPLNTS))

| 3/20/14 | 14-6-10103 |
|---|---|
| DATE | GRIEVANCE LOG NUMBER |

# REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

MAR 1 0 2014                                    RECEIVED
                                                MAR 2 4 2014
☐ **Third Party Grievance Alleging Sexual Abuse**
TAYLOR CORRECTIONAL INSTITUTION                 DEPARTMENT OF CORRECTIONS
TO: ☐ ASSISTANT WARDEN'S OFFICE ☐ Assistant Warden  ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

Scott                    Jimmy                              L30083              Taylor C.I. Annex
Last                     First        Middle Initial        DC Number           Institution
                                                            14-6-10103

---

**Reporting Sexual Abuse** *          Part A – Inmate Grievance          * Institution has Fail to Respond to Grievance

IN Accordance With Rule 33-103.011 Time Frame For Inmate Grievances; I Submitted A Formal Grievance Reporting A Sexual Abuse on the Institutional level (Taylor Annex) on 2/26/2014 Grievance log # 1402-224-087. Today makes the 21st day Since I Filed my Grievance And I have not received A response, or any document Asking For a extensions of time, Which it a clear Violation of time Frame Rule 33-103.011 (3)(b) time limit to respond From date of receipt... 60 days. However since the Institution has Failed to apply with response time requirements of Rules 33-103.011; I elects to processed to the next level of Formal Grievance log # 1402-224-087. on 1-7-2014 I was Sexual Abuse by my Cellmate Steven Dewitt #1019047 At Taylor C.I. While in confinement Around 12:00 After lunch I spoke with Sgt. Campbell and told him that my roomate was making sexual advances towards me And to please have us seperated as roomate because I was in Fear of my safety. Sgt. Campbell told me to wait After he Finishes D.R. Court and he'll move my cell mate to another cell. Hours later Sgt. Campbell and Off. Howell return to my cell 6-3212 At 3:18 pm to remove my cellmate I/m Dewitt From the cell and proceeded to open the door slot to Handcuff I/m Dewitt up, but I/m Dewitt told both members that he's not making anywhere, and didn't cuff up"! Sgt. Campbell become Frustrated And stated "I don't have no time For cames" "Scott, big and black enough to handle your business, Fight it out." Sgt. Campbell and Off. Howell then closed the door slot and walked away. The next Security round that Off. Howell conducted I stop him and told that since my roomate does not want to move, I will move then; Off. Howell Response was I will let Sgt. Campbell Know. While standing At the cell door waiting on Sgt. Campbell, my roomate I/m Dewitt punch me in the back of the head (behind my Right ear) And experience A concussion, I/m Dewitt processed to Strangle me with his Right Arm From behind And with his left hand he processed to squeeze and massage my testicles in a sexual manner At which time I began to Fight him in self defense because I was in fear for my life. I/m Dewitt pull my testicles until A lucky punch knock I/m Dewitt out At which I bound his hands For my safety and began kicking on the cell door to Get Sgt. Campbell Attention. Sgt. Campbell then Place me in the shower while he seen to my cellmate. while the shower complaining about the pain my head and testicles was causin me Capt. Mc'cannon threat me that if I don't. Please See Attachments

3-19-2014                              [signature] # L30083
DATE                                   SIGNATURE OF GRIEVANT AND D.C. #

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

                                       Ø / [signature]
                                       #    Signature
INSTRUCTIONS          10C               Sgt Campbell

close my mouth I will have more problem to worry about and I wont be seeing medical, So Stop requesting, because mistakes happen all the time at Taylor C.I. where Inmate Fall down the stairs and get all they gold teeth knock out! I was not provided medical asistance ever though I sustained injuries, until I told the Capt on the next shift which was Four hours later G-3 wing. I was seen by nurse Dennis who was not takeing my injuries serious because my roomate injuries was worst and she told me to Stop being a crybaby. Pictures was taken of my head and I was Giving Iben profen and IuaD-Aspirin for my duslakes an Finger. Sgt. Campbell and Off. Howell were deliberately indifferent to my safety when they ignored my pleas to remove me or my roomate because of his sexual advances toward me. This violated my constitutional Right to be Free From cruel and unusual Punishment protected by the 8th Amendment U.S.C. The actions by the Sgt. also violated the civil Rights act of 1964 that protects African Americans From racial discrimination because Sgt. Campbell felt because I was black that I should be able to handle a violent sexual predator Such as my roomate I/m Dewitt, Steven # 1U19047 based on my skin color. Capt Mc'Cannon, violated my 1st Amendment right to Freedom of Speech and to be Free From retaliation by 1st Amend U.S.C. by threating me that mistakes happen all the time at Taylor C.I whice I/m Get they Gold teeth knock out. I Jimmy Scott have Gold teeth and clearly understood that to mean keep my mouth close and dont report my injuries. Capt Mc'cannon had the legal obligation to ensure I received medical treat ment without fear of Retalation, but he failed his duty. I had a constitution right to selfdefend when the Sgt. and officer Failed to remove my roomate after it was told he sexual violent when they knew I/m Dewitt was a well known sexual predator with a Violent criminal history. The Capt was deliberately indifferent to my Serious medical needs, because I had informed him that I had injuries but Capt Mc'Cannon made it his duty that I didnt see medical on his Shift. This is a clear violation of my 8th Amendment right to be Free From cruel and unusual punishment.

next page!

I seeking that the Inspector General office, please assign a new inspector to investigate this matter, And Save All Evidents I Witness Camera, Incidents Reports, medical Record, & Find out Why I never received A response From my Grievance #1402-224-087 Which was Submitted on 2-26-14. "Exhaustion of Administrative Remedies is required prior to pursuing a Civil Rights Action regarding condition or events in any prison. 42 U.S.C § 1997e(a) Plaintiff is Warned that Any claims For Which the Administrative Grievance Process was not completed prior to Filing th lawsuit may be Subject to dismissal." However the Institution Knows this and is playing Games.... my Family be calling to question why I have not received a response, but they have been put on hold to never have nobody Answer the question. ReGardless iF the Institution approve OR denied it I'm Seeking Administrative From Secretary, FIA of Dept Correction. However I Feel As though the institution inspector is down with the plot to cause this matter up, because on 1-7-14 the date the incident took place the inspector came to the scene; talk to my cellmate, took photos, look At me in the Shower And left. The D.R. I received Says one thing, but the incident Report SAYS Another. you hANE to Read both of them to Get the whole true story. on top of All this; I AM being Recommended For C.m. because officials Failed to do they duty And I was Force to protect myself. I Seek A new Investigation about why CAPt Cannon, SGt. campbell, & OFF. Howell Refuse me medical AFter the incident. my testicles had became so infected And Scollen, I was told by D.R. Hewler on 3/12/14 that was caused From the blood Sittin inside them over a time without treatment. I Am on meds now

        I'm praying that this Grievance be Approved and Followed with A new Investigation with A Inspector not apartof the Institution.

            Thank you!

3-19-14                              (s) _Jimmy_____ #L30083

Department of Corrections
Inmate Grievance Appeals

**PART B - RESPONSE**

| SCOTT, JIMMY | L30083 | 14-6-10103 | TAYLOR ANNEX | |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated.  A review of your formal grievance indicates that it was approved on 02/28/14.  If you do not agree with the action taken as a result by the institution, you should re-submit your complaint indicating same, and initiating it at the informal level.

A copy of your response is attached. Your allegations were previously reported to the Inspector General's office.

Upon receipt of this response, you are allowed an additional 15 days from the date this response was mailed (date stamped in upper left corner) to resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.  Attach a copy of this response to your re-filed grievance.

Based on the foregoing information, your grievance is returned without action.

B. Padgham

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 4/9/14 DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

Exhibit    B

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**ALLEGED SEXUAL BATTERY PROTOCOL**

**Region 1 Nurses: The SART team will document on this form if they are called in.**

**SUBJECTIVE:** Date: 2-28-14  Time: 1030  Age: 33  ☐ Sick Call  ☐ EMID
Allergies: NKDA
Current Medications: enalapril Nizoral HCTZ Norvasc
Medical Hx: HTN
Chief Complaint: alleged assault
Date and time of alleged sexual battery: Jan 7 2014    Greater than 48 hours ago? ☐ No ☑ Yes
Brief description of the incident: He tried to choke me out and grabbed my
groin
Patient has: ☑ Changed clothes ☐ Bathed/showered ☐ Douched ☑ Urinated ☑ Ingested food/drink
☐ N/A since alleged battery
Additional complaints/injuries:
Pain level: ☐0 ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☑8 ☐9 ☐10  Last Tetanus toxoid: 2013 per IM
Females: LMP: _____  On birth control: ☑ N/A ☐ No ☐ Yes

**OBJECTIVE:** Temp: 96  Pulse: 80  Resp: 18  Blood Pressure: 137/84  O2 sat: __% Weight: ___
Blood sugar, if diabetic: N/A
Mentation: ☑ Alert and orientated # of times ☐ Confused ☐ Lethargic ☐ Agitated ☐ Teary/Crying ☐ Non-verbal
☐ Life-threatening injuries (use appropriate Nursing Protocol): _____

☐ Non-life-threatening injuries noted
(Leave alone and **don't** treat):

Other comments: Swelling noted to ① testicle ② ring finger
swelling and tenderness

**REFERRAL ALWAYS REQUIRED**
Clinician notified: Mrs Nuder    Time: 1030

**PLAN**
☐ Assess inmate for any life-threatening condition/injuries, notify clinician immediately, and treat accordingly. Use appropriate Nursing Protocol form.
**Leave all other injuries untreated for possible forensic evidence collection and photos.**
☐ If nursing staff member is the first to be told about incident, Shift Supervisor (security) or OIC (Office in charge) will be notified immediately per "Prison Rape: Prevention, Elimination and Investigation," Procedure 108.010.
☐ If the alleged sexual battery occurred greater than 48 hours prior to the inmate reporting it, contact the OIG (Office of the Inspector General) before you start collecting evidence. Staff from the OIG will interview the inmate to determine whether collection of evidence is indicated.
☐ Inmate notified not to wash themselves (including their hands) or their clothing/bedding until instructed otherwise. Bloody hands can be paper bagged - - don't cover hands with rubber gloves!
☐ Instruct inmate not to eat or drink anything if assault just occurred and they were made to perform oral sex.
☐ Request female inmates not to urinate, if at all possible, until rape kit swabs have been obtained.

INMATE NAME: Scott Timm
DC#: L30083  RACE: B  SEX: M
DATE OF BIRTH: 9-17-87
INSTITUTION: Taylor Annex

R. SMITH
LPN
SIGNATURE AND STAMP OR PRINT

DC4-683M (Revised 1/31/12)    Page 1 of 2

# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
### DIAGRAM OF INJURY



Date of occurrence _1-7-14_       Time of occurrence _1500_

Date injury assessed by medical_2-28-14_   Time injury assessed by medical _1030_

☐ No injury identified

Description of injury _Swelling to ® testicle and ® ring finger._

R. SMITH
LPN
TAYLOR C.I.

Staff Signature

Inmate Name _Scott Jimmy_
DC# _L30083_       Race/Sex _B/M_
Date of Birth _9-17-80_
Institution _Taylor Annex_

This form is not to be amended, revised, or altered without approval by the Office of Health Services- Administration

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.



**TECH CARE X-RAY**

106 West 5th Ave
Tallahassee, FL 32303
(850)562-1656
www.techcarexray.com

## Radiology Report

PATIENT NAME: SCOTT, JIMMY

PATIENT ID: L30083

FACILITY: TAYLOR CORRECTIONAL INSTITUITION MAIN-US DATE OF BIRTH: 09/17/1980

REFERRING PHYSICIAN: LAMB

DATE OF SERVICE: 03/05/2014

REASON FOR EXAM: PAIN

Exam: TESTICULAR ULTRASOUND

Technique: Real-time gray scale imaging of the scrotum/testicles was performed. Images supplemented with color Doppler technique.

Clinical data: Left testicular swelling. Testicles were pulled in a fight on 1/7/2014. Left side swelled and urinated blood.

Prior studies: None submitted.

Findings: The right testicle measures 5.0 x 2.5 cm. The right epididymal head measures 7.9 mm.

The left testicle measures approximately 5.1 x 3.2 x 2.2 cm. A small hypoechoic mass is identified on tail of the left epididymis, measuring 1.6 x 0.6 x 1.1 cm. This is consistent with a benign adenomatoid tumor. The left epididymal head measures 18.8 mm. A mass is identified in the left epididymis that measures 2.5 x 1.6 x 3.0 cm. This could represent chronic epididymitis or a residual hematoma, in this patient with history of trauma.

The testicles are symmetric in size, configuration and echogenicity. Normal vascularity is documented bilaterally in the arterial and venous phases. There is no evidence of torsion.

There are small bilateral hydroceles.

Impression: 1. Mass in the tail of the left epididymis consistent with a benign adenomatoid tumor. 2. Mass in the neck of the left epididymis consistent with epididymitis or hematoma. 3. Bilateral hydroceles. 4. Normal testes and right epididymis.

Recommendation: Follow up as clinically indicated.

Transcribed: 03/11/2014 11:38 AM Dineen, Timothy,
Verified By: 03/11/2014 11:39 AM Dr. Timothy Dineen, M.D.

_____ OK TO FILE
M.D. INITIAL _____ DATE 3/12/14
_____ PULL CHART
_____ NO FURTHER ACTION
M.D. INITIAL _____ DATE

PERSONAL & CONFIDENTIAL: If you have received this in error, please call (850)562-1656 or fax (850)562-7209, and please destroy this document and/or delete this e-mail.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: Taylor CI | Date: 5/8/14 | Time: 905 | ☐ Inpatient ☒ Outpatient | Inmate Name: Scott, J. |
|---|---|---|---|---|

List Allergies Here: NKDA

DC#: L30083
Dorm:
Diagnosis: sinus dyndites

STAT / Initial Each Order as Transcribed

Cipro 500 mg po bid x 10 days

Time Noted: 1345

Nurse Signature/Stamp:

Doctor Signature/Stamp:

Date/Time:
B. HEULER
ARNP
TAYLOR CI

DC4-714B (9/05)          Distribution: White Original—Pharmacy   Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: | Date: | Time: | ☐ Inpatient ☐ Outpatient | Inmate Name: |
|---|---|---|---|---|

List Allergies Here:

DC#:
Dorm:
Diagnosis:

STAT / Initial Each Order as Transcribed

X-ray ® ring finger

Time Noted:

Nurse Signature/Stamp:

Doctor Signature/Stamp:

Date/Time:

DC4-714B (9/05)          Distribution: White Original—Pharmacy   Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: Taylor | Date: 2/12/14 | Time: 20 | ☐ Inpatient ☒ Outpatient | Inmate Name: Scott, J. |
|---|---|---|---|---|

List Allergies Here: NKDA

DC#: L30083
Dorm:
Diagnosis: HTN

STAT / Initial Each Order as Transcribed

enalapril 20 mg po qd x 1 yr.
antifungal shampoo 2% to apply
leave on area x 5 min then rinse
4x/wk x 6 week

Time Noted: 1200

Nurse Signature/Stamp:
R. SMITH
LPN
TAYLOR C.I.

Doctor Signature/Stamp:

Date/Time:
B. HEULER
ARNP
TAYLOR

DC4-714B (9/05)          Distribution: White Original—Pharmacy   Canary—Medical Record

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies:                    NKDA

| DATE/TIME | |
|---|---|
| 2-26-14 10/5 | B/P ✓ 122/80 _R. SMITH LPN TAYLOR C.I._ |
| 02/27/2014 1330 | Inmate seen in Sick Call in Confinement UA done c̄ Neg. results. Will schedule to see provider. _J. STANALAND SLPN TAYLOR C.I._ |
| 2-27-14 1330 | (S) Inmate c/o swollen testicles c̄ sharp pain intermittent from umbilicus to testicle. Has c/o seeing blood in urine x3. He claims its related to a physical altercation in January, 2014 c̄ another I/M. |
| | (O) V/S: B/P = 158/78, P=87, R=18, T=96° Wt=237. Obtaining urine sample c̄ I/O blood w/ leak in urine. |
| | (A) will schedule to S/M c̄ provider |
| | (P) Sign up for SC PRN. _J. Stanaland_ |
| | _J. STANALAND SLPN TAYLOR C.I._ |

Inmate Name Scott, Jimmy   B/M
DC# L 300 83   Race/Sex B/M
Date of Birth 9-17-1980
Institution Taylor Correctional Institution Annex

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Revised 10/31/00)

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: (NKDA)

| DATE/TIME | |
|---|---|
| 2/28/14 11:10 | S. 33 y/o B/M Presents for Eval of Left Testicular Pain and Right Ring Finger Pain following an Assault by Another Inmate on 4/2/14. Pt States He was attacked and other Inmate grabbed his Scrotum and Left Testicle. Pt reports He jammed Right Ring finger in an attempt to Break free. Pt States He Has Exp Pain, Swelling and Decreased Mobility of Right 4th finger since the Assault. Pt States He Has Exp 2 Episodes of Visible Blood in Urine in the 2 weeks following the Assault. He Complains of Continued Left Testicular Pain and Testicular Swelling or fullness. |

Vitals  137/84, P 80, RR 18, T 96⁰

A/o, NAD.                                                    UA. TR Pro.
At/NC, PERRLA, EOMI, Neck Supple                              ⊕ Blood.
Lungs CTAB/L, RRR, ♀ M                                       EKG - NSR.
Abd Soft, NT ♀ Hernia
        ⊕ Mild fullness of Left Testicle Note.
        ⊕ Tenderness ē Palp of Left Epididymus -
          Cremasteric Reflex Slow but Present -
        ⊕ Mild Purpura and Swelling of DIP ® Ring finger.
        ⊕ Tenderness ē Palp of ® DIP.
        ROM ® Ring finger Diminished in flexion.
        Grip Strength ↓ on Right.

A. ① Left Testicular Pain and Swelling.
      - Likely Contusion
   ② Right Ring Finger Pain and Swelling,
      - R/O frx.

P. Order U/S Left Testicle
      X-ray Right finger.
   Apply Cool Compresses as Directed
   Ibu Therapy 600mg q8⁰ PRN Pain
   Sched for f/u Appt After Imager

                                                 N ♀ A R. Smith
                                                      LPN
                                                   Taylor CI.

Inmate Name Scott, Jimmy
DC# 130063          Race/Sex B/M
Date of Birth 9.7.80
Institution  TAYLOR CI ANNEX

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

                                                 ✓ Lamb, MD
                                                   Taylor CI

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: N/A

| DATE/TIME | |
|---|---|
| 3·10·14 1500 | XR ® fingers resch. 2° security issues ——— C Williams LPN Taylor C.I. |
| 3-6-14 Late entry | On 3-5-14, I/M hold US – o) testide, a support was given as well to hold them up. He was brought from confinement. Belmalbina, LPN |

J. STANALAND
SLPN
TAYLOR C.I.

M.D. CLINIC

DATE_____ TIME_____

WT____ B/P____ P____ R____ T____

COMPLAINT_____

Inmate Name Scott, Jimmy
DC# L50085   Race/Sex B/M
Date of Birth 9/17/80
Institution Taylor Correctional Institution Annex

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Revised 10/31/08)

# Radiology

Florida Department of Corrections
Radiology Request Form

## PLEASE WRITE LEGIBLY

In the best interest of the patient and referring physician, this examination will not be performed if pertinent clinical information and tentative clinical diagnosis are not provided below: ☐ Diabetic

List allergies:

Right ring finger pain
Left testicular pain

NKDA.

☑ Ambulatory   ☐ Portable   ☐ Stretcher   ☐ Wheelchair

Physician Name (Print) and Name Stamp:

VLAMB, MD, Taylor CI

Date of Request: 2/28/14

### X-RAYS

| | | |
|---|---|---|
| ☐ Ankle R ☐ L ☐ | ☐ Shoulder R ☐ L ☐ | |
| ☐ Cervical Spine | ☐ Sinuses | |
| ☐ C. Spine, complete | ☐ Skull | |
| ☐ Chest | ☐ Sternum | |
| ☐ Chest, PA and LAT | ☐ T. M. Joints | |
| ☐ Chest PPD | ☐ Thoracic Spine | |
| ☐ Clavicle R ☐ L ☐ | ☐ Tibia & Fibula R ☐ L ☐ | |
| ☐ Coccyx | ☐ Wrist R ☐ L ☐ | |
| ☐ Cystogram | **FLUOROSCOPY** | |
| ☐ Elbow R ☐ L ☐ | ☐ Arthrogram [      ] | |
| ☐ Facial Bones | ☐ Barium Enema | |
| ☑ Femur R ☐ L ☐ | ☐ Cystogram | |
| ☑ Fingers R ☑ L ☐ | ☐ Esophagram | |
| ☐ Foot R ☐ L ☐ | ☐ I.V. Pyelogram | |
| ☐ Forearm R ☐ L ☐ | ☐ Lumbar Puncture | |
| ☐ Hand R ☐ L ☐ | ☐ Myelogram [      ] | |
| ☐ Hip R ☐ L ☐ | ☐ Venogram R ☐ L ☐ | |
| ☐ Humerus R ☐ L ☐ | ☐ U. G. I. Series | |
| ☐ Knee R ☐ L ☐ | ☐ U. G. I. and Small Bowel | |
| ☐ KUB | **CAT SCANS** | |
| ☐ KUB and UPT | ☐ Abdomen | |
| ☐ Lumbar Spine | ☐ Cervical Spine | |
| ☐ L. Spine, complete | ☐ Chest | |
| ☐ Mandible | ☐ Facial/TMJ | |
| ☐ Nasal Bones | ☐ Head | |
| ☐ Orbits | ☐ Lower Ext. R ☐ L ☐ | |
| ☐ Os Calcis R ☐ L ☐ | ☐ Lumbar Spine | |
| ☐ Pelvis | ☐ Orbit | |
| ☐ Ribs R ☐ L ☐ | ☐ Pelvis | |
| ☐ Sacrum | ☐ Soft Tissue Neck | |
| ☐ Scapula | ☐ Thoracic Spine | |
| ☐ Scoliosis Series | ☐ Upper Ext. R ☐ L ☐ | |

### MRI SCANS

| | |
|---|---|
| ☐ Cervical Spine | |
| ☐ Head/Brain Stem | |
| ☐ Hip R ☐ L ☐ | |
| ☐ Lower Ext, any joint R ☐ L ☐ | |
| ☐ Lower Ext, no joint R ☐ L ☐ | |
| ☐ Lumbar Spine | |
| ☐ Neck | |
| ☐ Pelvis | |
| ☐ Thoracic Spine | |
| ☐ Upper Ext, any joint R ☐ L ☐ | |
| ☐ Upper Ext, no joint R ☐ L ☐ | |

### NUCLEAR MEDICINE

| |
|---|
| ☐ Bone 3 Phase - Infection |
| ☐ Bone (Whole Body) |
| ☐ Cardiac - MUGA |
| ☐ Cardiac -Stress |
| ☐ Ceretec - Infection (labeled WBC) |
| ☐ Gallbladder (CCK) |
| ☐ Gallbladder (HIDA) |
| ☐ Gallium |
| ☐ Liver/Spleen |
| ☐ Pulmonary V/Q |
| ☐ Renal |
| ☐ Thyroid and Uptake |
| ☐ Thyroid - Parathyroid |
| ☐ Gallbladder (CCK) |

### ULTRASOUNDS

| |
|---|
| ☐ Abdomen complete |
| ☐ Breast |
| ☐ Gallbladder |
| ☐ Inguinal Area |
| ☐ Liver |
| ☐ Lower Ext. R ☐ L ☐ |
| ☐ Neck/Soft Tissue/Thyroid |
| ☐ Paracentesis |
| ☐ Pelvis |
| ☐ Renal |
| ☑ Scrotum    Left Testi |
| ☐ Thoracentesis |
| ☐ Upper Ext. R ☐ L ☐ |

### VASCULAR STUDY

| |
|---|
| ☐ Abdominal Aorta |
| ☐ Abdominal Aorta with doppler |
| ☐ Arterial Doppler, Lower Ext R ☐ L ☐ |
| ☐ Arterial Doppler, Upper Ext R ☐ L ☐ |
| ☐ Carotid Duplex |
| ☐ Dialysis Graph Duplex R ☐ L ☐ |
| ☐ Vein Mapping for Dialysis R ☐ L ☐ |
| ☐ Venous Duplex Lower Ext R ☐ L ☐ |
| ☐ Venous Duplex Upper Ext R ☐ L ☐ |

**Exams not mentioned above:**

Date Performed: _____   Time Performed: _____

Where Performed: _____   Technologist Name/stamp: _____

**Is permanent camp a private institution?  No ☐  Yes ☐**
Clinic/hospital room number_____

INMATE NAME: Scott Jimmy
DC#: 230083   Race/Sex: B/M
DATE OF BIRTH: 9-17-80
INSTITUTION: Taylor Annex

DC4-705D (Issued 4/3/12)

Exhibit C

# GENERAL AFFIDAVIT

STATE OF FLORIDA
COUNTY OF __Brad Ford__

I, __Jimmy Scott # L30083__, do hereby swear that the following statement
is true and correct and made of my own free will, from my own personal knowledge.

On 1-7-14 I notified Sgt. Campbell About my confinement cellmate S. Dewitt #1V19047
making sexual advances toward me starting the night before to moment of Reporting.
I also made Sgt. Campbell aware that I was in Fear of my safety and Requested Separation
Sgt. Campbell Agreed, but said I'll have to wait awhile. Hours later; Sgt. Campbell
and OFF. Howell Return and Attempted the Separation, but Dewitt Refused to apply.
Sgt. Campbell then stated; "I don't have time to play Games"; "Scott, you're bic and Black
enough, y'all Fight it out!" Both Officials then walked off.

I stop OFF. Howell on his next Routine check and explain" Dewitt is upset
because I Reported the sexual Harassment to Officials, since he Refused to move,
can you please move me to Another cell". OFF. Howell Response was," you know I
can't do, but I'll let Sgt. Campbell know what you said" then he continue his checks
While I was waiting on a Response Dewitt Attacked me From behind Strangling me with
his Right Arm and molesting my testicles an penis with his left hand in a sexual manner
I began to struggle with him And Dewitt pulled my testicles Violently. Using the necessary
Force I was able to defeat Dewitt, but I received injuries; concussion, broken finger, And sever
bruise testicles. While complaining of injuries and Requesting treatment I was interrupted
by Capt Mc'Cammon And ordered; Shut up, Stop claiming injuries, because I won't
be Getting medical treatment, And iF I Keep asking I'll learn the hard way how its done at Taylor CI
were Accidently Slip and Fall down the Stair an Feet all their Gold teeth Knock out. For more
Details Please see my A83 Claim.

Under penalties of Perjury, I declare that I have read the forgoing affidavit and
the facts stated in it are true and correct in accordance with section 92.525 Florida
Statutes
(2007)
By: __Jimmy Scott #B-L30083__ 　　　　　　　　__11-3-2014__
　　　　Affiant Signature　　　　　　　　　　　　　　Date

GENERAL Affidavit

STATE FLORIDA
County of Bradford

I, Jeffrey Brown #129197 do hereby swear that the following is true and correct and made of my own free will, from my own personal knowledge.

On 1-7-2014, I, Jeffrey Brown DC# 129197, was assigned at Taylor C.I. Main Unit Confinement housing in cell G3114 when between 3:00 P.M. through 3:20 P.M., I heard SGT. Campbell on the top tier speaking loud and dramatic saying "I don't have time to play games." SGT. Campbell then went on by ending the conversation saying "Scott, you are Big and Black enough. Yall fight it out because I dont have time for this", while slamming the cell flap back close. That's when I acknowledged where the issue was coming from and who SGT. Campbell was speaking to because I know inmate Scott from being in the law library alot. Then after the conversation ended I witnessed Officer Howell †SGT. Campbell coming down the stairs from the top tier walking towards the door, exiting the wing. About 30 minutes later I heard a commotion upstairs and 30 seconds after the noise stopped I heard some kicking on the cell door also coming from upstairs. Minutes later once the Captain, L.T., Sergeant, and other Officers came rushing in I seen SGT. Campbell placing Inmate Scott in the shower, which was directly next to my cell. I saw L.T. Moss approach the shower door and ask Inmate Scott "What happend? Why you didn't let officials know before hand if it was a problem?" Then I had Inmate Scott begin, but had to get away from the door because Officer Howell told me to back off the door. When Officer Howell got closer to hear the statement I came back to the door and seen L.T. Moss, SGT. Campbell, and Officer Howell listening to Inmate Scott's statement. Inmate Scott stated "I did look for help with the officials." L.T. Moss asked both SGT. Campbell and Officer Howell "Is that true?", and they agreed. Then SGT. Campbell explained how when he attempted to separate the two inmates, that inmates Scott cellmate had refused to cuff up. I then heard Inmate Scott complaining about his injuries, but I cut off by Captain Cammon when he approached, saying "Shut up, shut up your mouth." That's when I got away from the cell door because I already got warned by Officer Howell. As I sat on my bunk I heard more talking and more yelling by Captain Cammon but couldn't actually hear what was being said. That is all that I can remember.

Under penalties of perjury, I declare that I have read the forgoing affidavit and the facts states in it are true and correct in accordance with section 92.525 Florida Statues

By: _Jeffrey Brown_                                    Date Nov 12th 2014
       Affiant Signature

1819 N.W. 226th Street

Railford Florida 32026



**Mailed from a State Correctional Institution**

U.S.POSTAGE >> PITNEY BOWES



ZIP 32083
02 1W
0001384653 NOV. 27. 2014

$ 000.00⁰

Clerk of the Court of
United States District Court For
The Northern District of Florida
TALLAHASSEE Division
111 North Adams Street Suite 322
Tallahassee Florida 32301-7730

## LEGAL MAIL

J-1130-S



LEGAL MAIL PROVIDED TO
FLORIDA STATE PRISON
ON
NOV 2 6 2014
FOR MAILING
INMATES INITIALS