IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JIMMY SCOTT, JR.,

      Plaintiff,
v.                                          Case No.  4:14cv478-MW/CAS

SGT. G. H. CAMPBELL,
OFF. HOWELL, and
CAPT. McCAMMAN,

      Defendants.
_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 78, and has also reviewed *de novo* Defendant McCamman's objections to the report and recommendation, ECF No. 81, and Plaintiff's objections, ECF No. 85, and his "motion to strike, ECF No. 83, which shall also be construed as objections.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over the objections as this Court's opinion.  In so ruling, this Court notes that Defendant fundamentally misapprehends the law.  Defendant's argument is applicable to a claim under the Eighth Amendment and not, as here, a claim under the First Amendment.  For decades, it has been clearly established law that where threats

are such as to deter a person of ordinary firmness from exercising his or her right to free speech by filing grievances a First Amendment claim will lie.  Plaintiff's motion for partial summary judgment, ECF No. 60, is **DENIED as moot**.  Plaintiff's amended motion for summary judgment, ECF No. 71, is **DENIED**.  Defendants' motion for summary judgment, ECF No. 63, is **GRANTED in part and DENIED in par**t.  Defendants' motion and Plaintiff's motion are **DENIED** as to the First Amendment retaliation claim against Defendant McCamman, and Defendants' motion otherwise **GRANTED**.  This cause is remanded to the Magistrate Judge for further proceedings prior to setting this case for trial.

      **SO ORDERED on September 21, 2016.**

                                        **s/Mark E. Walker            **
                                        **United States District Judge**